

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2019

No. 04-19-00833-CV

**IN RE** Christopher **BURDICK**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Luz Elena D. Chapa, Justice
                 Beth Watkins, Justice
                 Liza A. Rodriguez, Justice

This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and real party in interest may file a response to the petition for writ of mandamus in this court **no later than January 6, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on December 18, 2019.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CI-00691, styled *In the Interest of A.A.B. and C.C.B., Minor Children*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.